425 A.2d 25

Commonwealth v. Shelton, Appellant.

September 13, 1979. Herman Winderman, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.

The petition to withdraw is denied. Counsel for appellant is directed either (1) to file a withdrawal brief meeting the description in *Commonwealth v. Greer*, 455 Pa. 106, 108–09, 314 A.2d 513, 514–15 (1974), and *Commonwealth v. Liska*, 252 Pa.Super. 103, 380 A.2d 1303 (1977), or (2) to proceed with the appeal by filing an advocate's brief on the merits. In either case, counsel is to file a new brief within thirty (30) days, or risk sanctions.

425 A.2d 25

Commonwealth v. Sutton, Appellant.

Submitted March 23, 1979. Jeffrey C. Velander, Public Defender, for appellant; Marc Wolfe, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.